USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

John Roberts,

        Plaintiff,

-against-

New York State et al.,

        Defendants.

1:23-cv-04839 (JHR) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference today with Plaintiff and Defendant New York State (the "State"), it is hereby Ordered as follows:

1. No later than Tuesday, August 15, 2023, counsel for the State shall file a letter to the ECF docket stating whether the other defendants in this action will waive service or agree to have the State accept service on their behalf. If any of the individual defendants decline to so waive or agree, then the State's counsel shall provide in the letter the current or last known addresses where the individual defendants can be served.

2. The deadline for the State to respond to the Complaint is extended *sine die*.

**SO ORDERED.**

Dated:     New York, New York
           July 25, 2023

_____
STEWART D. AARON
United States Magistrate Judge