USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

John Roberts,

        Plaintiff,

-against-

New York State et al.,

        Defendants.

1:23-cv-04839 (JHR) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Having reviewed the letter filed by Defendant New York State (the "State") on August 15, 2023 (*see* 8/15/2023 Letter, ECF No. 18), it is hereby Ordered as follows:

1. Defendants New York State Unemployment Insurance Appeals Board, Roberta Reardon, Bryan Young, Hasea Spikes and Kenneth Sutherland are deemed served. (*See* 8/15/2023 Letter at 1 (agreeing to waive service).)

2. The foregoing defendants and the State shall respond to the Complaint no later than September 15, 2023.

3. The deadline for Plaintiff to serve Defendant Julie Rosen with an updated Summons and the Complaint at the address provided by the State (935 James St., Syracuse, NY 13203) is extended until October 16, 2023.

SO ORDERED.

Dated:    New York, New York
          August 16, 2023

_____
STEWART D. AARON
United States Magistrate Judge