**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOHN ROBERTS,                                          **23 – CV - 04839**

               Plaintiff,

      -against-                                  **REQUEST FOR 60 DAY ENLARGEMENT**
                                                        **OF TIME TO FILE OBJECTIONS**

NEW YORK STATE, et al.,

            Defendant's.        **Hon. JENNIFER H. REARDON,**

---

**MEMO ENDORSED**
**(p. 3)**

United States Magistrate Judge Stewart D, Aaron issued his report and recommendation on January 10, 2026 to the Honorable Jennifer H. Reardon recommending that the Defendants' motion dated: September 26, 2023 to dismiss the Plaintiff's Complaint be GRANTED.

The Plaintiff disagrees with Magistrate Judge Stewart D, Aaron's 15 page report and recommendation which consists of new case law, statutes and foot notes.

Objections are due to be submitted by Monday, January 26, 2026 which is not an adequate amount of time for the Plaintiff to prepare his objections and hereby requests that this Court grant the Plaintiff a 60 day extension of time to file his Objections on the following justifiable grounds.

The Plaintiff is a self represented layman in matters of law, and it would only be fair, just and proper to give the Plaintiff an extension of time to research the new case law and statutes that Magistrate Judge Stewart Aaron cites in his fifteen page report and recommendation in order to prepare proper objections.

The Plaintiff filed his Complaint in this action on June 8, 2023.

The Honorable Jennifer H. Reardon issued an Order of Reference to a Magistrate Judge on June 23, 2023 for General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement).

The Defendants filed their motion to dismiss the Plaintiff's Complaint on September 26, 2023.

The Plaintiff filed a cross motion for summary judgment in opposition to Defendants' motion on October 23, 2023.

Defendants filed their reply on November 17, 2023.

On November 03, 2025 the honorable Judge Jennifer H Reardon issued an AMENDED ORDER OF REFERENCE TO A MAGISTRATE JUDGE requiring a Report and Recommendation for all such motions:

Magistrate Judge Stewart D. Aaron took no action whatsoever in more than 24 months, with the exception of reassignment of counsel to represent the Defendants.

Therefore it would only be fair, just and proper in the interest of justice to grant the Plaintiff a 60 day extension of time to file his objections to Magistrate Judge Stewart D. Aarons Report and Recommendation.

John Roberts, Plaintiff.

cc. Assistant Attorney General, Bronwyn Mary James at: 28 Liberty St, New York, N.Y. 10005

Dated: January 14, 2026

2

Application GRANTED in part, without prejudice. Plaintiff's deadline to object to the Report and Recommendation is extended to **February 23, 2026**.

Any future requests must comply with the Court's Individual Rules and Practices in Civil Pro Se Cases. *See, e.g.*, Individual Rule 4 (requiring that requests for an extension of time state "whether the adversary consents, and, if not, the reason(s) given by the adversary for declining to consent").

Plaintiff is informed that there is a Legal Assistance Clinic available to assist self-represented parties in civil cases. The Clinic may be able to provide a party proceeding *pro se* with advice in connection with his or her case. The Legal Assistance Clinic is operated by a private organization called the City Bar Justice Center. The Clinic is not part of or run by the Court, and therefore cannot, among other things, accept filings on behalf of the Court. Filings still must be made by any self-represented party through the Pro Se Intake Unit by email (to ProSe@nysd.uscourts.gov) or by mail or hand delivery (to Pro Se Intake Unit, 500 Pearl Street, Room 205, New York, NY 10007).

If Plaintiff would like legal assistance, he should complete the City Bar Justice Center's intake form (available at https://www.nysd.uscourts.gov/attorney/legal-assistance) to make an appointment. If Plaintiff has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the Clinic can be contacted by phone (at 212-382-4794) or email (at fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse in Manhattan are available Monday through Thursday from 10:00 a.m. to 4:00 p.m. Appointments are also available remotely Monday through Friday from 10:00 a.m. to 4:00 p.m.

The Clerk of Court is directed to terminate ECF No. 44 and to mail a copy of this Order to the self-represented Plaintiff at the mailing address on the docket.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: January 16, 2026